IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A. ELIZABETH KRAFT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-5430 |
| | : | |
| v. | : | |
| | : | |
| CITY OF READING and MAYOR EDDIE MORAN, in his individual capacity only, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of August, 2022, after considering the defendants' motion to compel the plaintiff to submit to an independent medical examination (Doc. No. 36) and the plaintiff's response in opposition thereto (Doc. No. 39); and the court having heard oral argument on the motion on August 30, 2022; accordingly, it is hereby **ORDERED** that the defendants' motion to compel (Doc. No. 36) is **DENIED** for the reasons stated on the record following oral argument.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.