IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **A. ELIZABETH KRAFT** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No.  21-5430 |
| | : | |
| v. | : | |
| | : | |
| **CITY OF READING** | : | |
| and | : | |
| **MAYOR EDDIE MORAN** | : | |
| (in his individual capacity only) | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of November, 2022, upon consideration of Plaintiff's motion for an extension of time, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.  Plaintiff shall file her response to Defendants' motion for summary judgment on or before November 30, 2022.

BY THE COURT:

/s/ Edward G. Smith
_____
Hon. Edward G. Smith
United States District Judge