IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. ELIZABETH KRAFT, | : |
| Plaintiff, | : Civil Action No.: 5:21-CV-5430 |
| vs. | : |
| | : **JURY TRIAL DEMAND** |
| CITY OF READING and MAYOR EDDIE MORAN (in his individual capacity only) Defendants. | : |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO Fed.R.Civ.P. 41(a)(1)**

It is hereby STIPULATED and AGREED by and between the undersigned counsel that Plaintiff, A. Elizabeth Kraft, VOLUNTARILY DISMISSES WITH PREJUDICE any and all claims asserted against Defendant, Mayor Eddie Moran, including but not limited to those claims asserted in Count One of Plaintiff's Amended Complaint (Doc. 12). It is further agreed that Plaintiff VOLUNTARILY DISMISSES WITH PREJUDICE any and all claims for sexual harassment asserted in Plaintiff's Amended Complaint, including but not limited to, those claims asserted in Count One and Count Two of Plaintiff's Amended Complaint (Doc. 12). Moreover, it is agreed that all parties shall bear their own fees and costs related to this Stipulation and the above-captioned matter.

| | |
|---|---|
| **WEINSTEIN LAW FIRM, LLC** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY: s/Marc E. Weinstein | BY: _____ |
| Marc E. Weinstein, Esquire | JOHN P. GONZALES, ESQUIRE |
| 500 Office Center Drive, Suite 400 | Attorney ID No. 71265 |
| Fort Washington, PA 19034 | 2000 Market Street, Suite 2300 |
| (267) 513-1942 | (215) 575-2871  Fax (215) 575-0856 |
| marc@meweinsteinlaw.com | jpgonzales@mdwcg.com |
| Attorney for Plaintiff | Attorney for Defendants |

APPROVED BY THE COURT:

_____
J.

Date: 1/19/2023